Exhibit A to the Complaint

**Location:** West Chester, PA  
**Total Works Infringed:** 37  
**IP Address:** 100.14.73.115  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | 7E4FC74E0FD6AFB670B07F4F2D99EC1C070B7A42 | 03/06/2025 12:58:21 | Milfy | 03/05/2025 | 03/28/2025 | PA0002522501 |
| 2 | 21ad397667f0967623a8172989d152104736482e | 03/27/2025 13:01:58 | Tushy | 03/23/2025 | 03/28/2025 | PA0002522497 |
| 3 | f3cbecf9a5aa2043ce3a587fe5a11fa1548d19cf | 03/24/2025 14:37:47 | Blacked Raw | 12/30/2022 | 01/09/2023 | PA0002389573 |
| 4 | 1a7c5d12b9a7995ea09d346723b2dee37de13cd0 | 03/24/2025 12:33:11 | Blacked Raw | 03/22/2025 | 03/25/2025 | PA0002521738 |
| 5 | a40a09e3d93fa536dbdcc2e3533d3a67053c7aa7 | 03/19/2025 12:34:55 | Tushy | 03/16/2025 | 03/28/2025 | PA0002522490 |
| 6 | bab188f233be49950e7df1e6d1c1865952367a88 | 03/14/2025 14:28:39 | Milfy | 03/12/2025 | 03/28/2025 | PA0002522513 |
| 7 | db02f0956b3a2b89b71505b766a8fba0cca631fc | 03/06/2025 12:56:07 | Milfy | 01/10/2024 | 03/28/2024 | PA0002462578 |
| 8 | 0bd0425e9de1126974a7a8aac1e3b22d56b08d1a | 03/03/2025 14:21:31 | Tushy | 03/02/2025 | 03/28/2025 | PA0002522493 |
| 9 | 8509ac45a6c2199a72a0369d6fec7ddbd8a1f913 | 02/27/2025 13:45:25 | Milfy | 02/19/2025 | 03/28/2025 | PA0002522506 |
| 10 | 90ac10449affde8cbfe6fe592b4d7e8ecaaa8e7f | 02/04/2025 13:37:18 | Blacked | 02/02/2025 | 02/18/2025 | PA0002516037 |
| 11 | D5D9383BB54535307137ED33D463AF6C61EC3386 | 01/30/2025 13:45:39 | Milfy | 01/29/2025 | 02/18/2025 | PA0002516129 |
| 12 | 6D5F2BC923E26FA533D07BA0C38E7517F6A578EC | 01/27/2025 13:35:54 | Blacked Raw | 01/26/2025 | 02/18/2025 | PA0002515983 |
| 13 | 2E839CA105021843A374C9D42EDFEC4F471942E5 | 01/23/2025 13:51:17 | Blacked Raw | 01/21/2025 | 02/18/2025 | PA0002516019 |
| 14 | F004928D8D5BFD2098E825D87BD3BC389554178C | 01/22/2025 14:12:32 | Tushy | 01/19/2025 | 02/18/2025 | PA0002515947 |
| 15 | 0a6801b572cd21a0e68a66ff9b4d5ea38076ef75 | 01/13/2025 13:38:40 | Tushy | 01/12/2025 | 01/16/2025 | PA0002509628 |
| 16 | b2648e0ea13cc3678162337bc0a761b6b9a7c1eb | 01/12/2025 18:36:31 | Blacked Raw | 01/11/2025 | 01/15/2025 | PA0002509388 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 1cece03fc3ae8ad9909b29d574624f0bdef790e9 | 01/07/2025 14:52:55 | Blacked Raw | 01/06/2025 | 01/15/2025 | PA0002509356 |
| 18 | e9b275d900eaa0f53af83265046bcf79d93e80f6 | 01/02/2025 15:15:45 | Blacked | 06/12/2024 | 06/18/2024 | PA0002476932 |
| 19 | 8ed2b92f013714161682144c1e78b79892bf3ff6 | 12/19/2024 13:23:32 | Milfy | 12/18/2024 | 01/15/2025 | PA0002509399 |
| 20 | f57e6033e4cff168fa4e959ce1517072769559ef | 12/18/2024 13:30:01 | Blacked Raw | 12/16/2024 | 01/15/2025 | PA0002509324 |
| 21 | 3C2C076BF3621671A7B2EAB4473A435875DF9BAC | 12/18/2024 13:16:34 | Milfy | 03/06/2024 | 06/24/2024 | PA0002477485 |
| 22 | 2331bf0edcdd4366f501a5a49f85de1a0766386c | 12/12/2024 13:19:50 | Milfy | 12/11/2024 | 12/13/2024 | PA0002506277 |
| 23 | b4a60c07636920fc14fae9a3ab501eef45b60cfc | 12/11/2024 15:07:19 | TushyRaw | 12/10/2024 | 12/13/2024 | PA0002506275 |
| 24 | 8d5f22391fc5b7e66feab3e8053666c5581d2be0 | 12/11/2024 13:26:53 | Tushy | 12/08/2024 | 12/13/2024 | PA0002506314 |
| 25 | 8F3837378760097D7CF5D4015B8A7E27CFDDB989 | 12/02/2024 16:49:43 | Tushy | 01/28/2024 | 02/13/2024 | PA0002454861 |
| 26 | BAC4EA994C2D31A7992F804CC18B84252D898869 | 11/13/2024 13:54:05 | Vixen | 11/08/2024 | 11/18/2024 | PA0002500853 |
| 27 | 8907AD2508F3D9CAA7E06983E44CB2A3021977B4 | 11/08/2024 23:49:46 | Tushy | 02/25/2017 | 05/25/2017 | PA0002049783 |
| 28 | 7DBADCDBA76805764F4B248F666D7752B115C164 | 10/14/2024 11:54:49 | Tushy | 10/13/2024 | 10/16/2024 | PA0002494753 |
| 29 | 799ED80CBF2179E79394FF6E7144E8648BD45679 | 10/09/2024 12:19:49 | Tushy | 10/06/2024 | 10/16/2024 | PA0002494765 |
| 30 | ACD43E99F3040FBCAB1388E22B436F03FA9E2FD7 | 10/02/2024 12:18:23 | TushyRaw | 10/01/2024 | 10/16/2024 | PA0002494747 |
| 31 | 96503BE5423C8933BEEFE5E529B19AE640191F8F | 10/01/2024 18:52:20 | Blacked Raw | 09/30/2024 | 10/16/2024 | PA0002494699 |
| 32 | B2791ABEDEE1FD4C768957F226F0AFFD226BF6A7 | 09/23/2024 14:00:27 | TushyRaw | 09/17/2024 | 10/16/2024 | PA0002494722 |
| 33 | A93F96E9500696950BC487BB0A53528684DA85DE | 08/29/2024 12:20:36 | Milfy | 08/28/2024 | 09/17/2024 | PA0002490357 |
| 34 | 405EB95F62FA45426AE490730A52D8A0B9E2D996 | 07/24/2024 14:28:45 | Milfy | 06/14/2023 | 08/22/2023 | PA0002431060 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 5B20C6B160C15D5781977B4ABB81AD3570CCD689 | 06/12/2024 13:49:00 | Blacked Raw | 04/15/2024 | 05/08/2024 | PA0002469676 |
| 36 | 728160131D35982D6037D93DEBDD670590E5562E | 06/11/2024 12:41:05 | Blacked Raw | 06/10/2024 | 06/18/2024 | PA0002476879 |
| 37 | FCCAB67387BE6603B90B027D52CD972482A4E436 | 05/22/2024 12:03:08 | TushyRaw | 05/21/2024 | 06/18/2024 | PA0002476915 |